UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIG INSURANCE COMPANY, as successor-in-interest to TRANSAMERICA INSURANCE COMPANY,<br><br>                Petitioner,<br><br>-against-<br><br>FIRST STATE INSURANCE COMPANY,<br><br>                Respondent. | CIVIL ACTION NO.<br><br>04-12729 |

## NOTICE OF PETITION TO CONFIRM AN ARBITRATION AWARD

**PLEASE TAKE NOTICE** that, upon the annexed Petition to Confirm, dated December 30, 2004, and the exhibits thereto, and the accompanying Memorandum of Law, petitioner, TIG Insurance Company, as successor-in-interest to Transamerica Insurance Company ("TIG"), will petition this Court, on the 28th day of January, 2005, at the District Court, 1 Courthouse Way, Boston, Massachusetts, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order and judgment pursuant to section 9 of the United States Arbitration Act, 9 U.S.C. § 1 et seq., (a) confirming an arbitration award dated January 30, 2004, as supplemented by the arbitrators on August 13, 2004 (collectively, the "Final Award"), (b) entering judgment thereon and (c) granting TIG such other and further relief as may seem just and equitable.

**PLEASE TAKE FURTHER NOTICE** that failure to timely appear and defend may result in a judgment of default against First State Insurance Company for the relief demanded by TIG.

Date: December 30, 2004

CETRULO & CAPONE LLP

By: _____
Adam G. Cohen (BBO No. 558689)
Two Seaport Lane, 10th Floor
Boston, MA 02210
Tel: (617) 217-5500
Fax: (617) 217-5200

OF COUNSEL:

John F. Finnegan
Michael K. Robles
CADWALADER, WICKERSHAM & TAFT LLP
100 Maiden Lane
New York, NY 10038
(212) 504-6000

Attorneys for Petitioner,
TIG Insurance Company

TO:   Lloyd Gura, Esq.
      Mound, Cotton, Wollan & Greengrass
      One Battery Park Plaza
      New York, NY 10004

      Attorneys for Respondent,
      First State Insurance Company