UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIG INSURANCE COMPANY,
as successor-in-interest to
TRANSAMERICA INSURANCE COMPANY,

            Petitioner,

-against-

FIRST STATE INSURANCE COMPANY,

           Respondent.

CIVIL ACTION NO.

04-12729 MLW

## PETITIONER'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, petitioner, TIG Insurance Company, as successor-in-interest to Transamerica Insurance Company ("TIG"), states that its parent company, Fairfax Financial Holdings Limited, is a publicly traded company.

DATE:  December 30, 2004

CETRULO & CAPONE LLP

By: _____
Adam G. Cohen (BBO No. 558689)
Two Seaport Lane, 10th Floor
Boston, MA 02210
Tel: (617) 217-5500
Fax: (617) 217-5200

OF COUNSEL:

John F. Finnegan
Michael K. Robles
CADWALADER, WICKERSHAM & TAFT LLP
100 Maiden Lane
New York, NY 10038
(212) 504-6000

Attorneys for Petitioner,
TIG Insurance Company