```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


TIG INSURANCE COMPANY,         )
     Plaintiff,                )
                               )
     v.                        )    C. A. No. 04-12729-MLW
                               )
FIRST STATE INSURANCE COMPANY, )
     Defendant.                )
```

ORDER

WOLF, D.J.                                           January 3, 2005

    No motion to seal any or all of the submissions in this case has been filed as required by Rule 7.2 of the Local Rules of the United States District Court for the District of Massachusetts. If either party seeks to have the Petition to Confirm the Arbitration Award (Docket No. 3) sealed, it shall, by January 7, 2005, file a motion that conforms with the requirements of Local Rule 7.2.

    As it does not comport with the procedure for requesting impoundment established by Local Rule 7.2, Petitioner's Emergency Motion (Docket No. 2) is hereby DENIED.

                                                /s/ MARK L. WOLF
                                       UNITED STATES DISTRICT JUDGE