AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

TIG Insurance Company,
as successor-in-interest to
Transamerica Insurance Company,
          V.      Petitioner
First State Insurance Company,
          Respondent

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 12729 MLW

TO: (Name and address of Defendant)

     Mr. Andrew Maneval, President
     First State Insurance  Company
     c/o Horizon Management
     150 Federal Street
     Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Adam G. Cohen, Esq.
     Cetrulo & Capone LLP
     Two Seaport Lane
     Boston, MA 02210

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    12/30/04

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

_____
Address of Server

_____
Signature of Server

Date _____

Executed on _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

## DECLARATION OF SERVER

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## STATEMENT OF SERVICE FEES

☐ Other (specify):

---



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

January 5, 2005
I hereby certify and return that on 1/3/2005 at 11:35AM I served a true and attested copy of the Summons and2 Petition, Notice, Memorandum, Civil Cover Sheet, Local Catorgory Sheet, Pettioner's Motion Affidavit, Order. Letter in this action in the following manner: To wit, by delivering in hand to M.Cott,VP Surplus Clerk & agent in charge at time of service, for Andrew Maneval, President First State Insurance, at , 150 Federal Street, c/o Horizon Management Boston, MA 02110, U.S. District Court Fee ($5.00). Basic Service Fee (IH) ($30.00). Travel ($1.00). Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff

**Deputy Sheriff    John Cotter**
Deputy Sheriff    John Cotter