UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TIG INSURANCE COMPANY, as successor-in-interest to TRANSAMERICA INSURANCE COMPANY | ) ) ) ) ) ) |  |
| Petitioner, | ) ) | Civil Action No. 04-12729-MLW |
| v. | ) ) |  |
| FIRST STATE INSURANCE COMPANY, | ) ) |  |
| Respondent. | ) ) ) |  |

## NOTICE OF APPEARANCE

### To The Clerk Of The Above-Named Court:

Kindly enter my Notice of Appearance for the Respondent, First State Insurance Company in the above-captioned matter.

FIRST STATE INSURANCE GROUP
By their attorneys;

Thomas M. Elcock BBO#548027
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Notice of Appearance was forwarded by facsimile and regular first class mail on January 7, 2005 to Michael Robles, Esq., Cadwalader, Wickersham & Taft, 100 Maiden Lane, New York, NY.

Thomas M. Elcock