UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIG INSURANCE COMPANY, as successor-in-interest to TRANSAMERICA INSURANCE COMPANY<br><br>Petitioner,<br><br>v.<br><br>FIRST STATE INSURANCE COMPANY,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-12729-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONDENT'S MOTION TO ADMIT LLOYD A. GURA *PRO HAC VICE*

For the above mentioned matter, the undersigned counsel attests:

1. Thomas M. Elcock is a member of the bar of the State of Massachusetts;

2. Thomas M. Elcock has filed an appearance in the above-captioned action;

3. The certificate required by Local Rule 83.5.3 is attached to this motion as Exhibit A.

On this basis First State Insurance Group moves for the admission of Lloyd A. Gura *Pro Hac Vice.*

Respectfully submitted,

FIRST STATE INSURANCE GROUP

By their attorney;

_____
Thomas M. Elcock BBO#548027
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on 1/11/05
_____