UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TIG INSURANCE COMPANY,<br>as successor-in-interest to<br>TRANSAMERICA INSURANCE<br>COMPANY<br><br>Petitioner,<br><br>v.<br><br>FIRST STATE INSURANCE COMPANY,<br><br>Respondent. | Civil Action No. 04-12729-MLW |

### APPLICATION FOR *PRO HAC VICE* CERTIFICATION OF LLOYD A. GURA

I, Lloyd A. Gura, pursuant to the United States District Court for the District of Massachusetts, Local Rule 83.5.3, do hereby certify the following in connection with my request for permission to appear in the above-captioned matter before this court:

1. I am an admitted member of the bar in the State of New York and I am in good standing in every jurisdiction in which I have been admitted into practice;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. I certify that I have knowledge of the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury.

_____
Lloyd A. Gura