UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIG INSURANCE COMPANY,
as successor-in-interest to
TRANSAMERICA INSURANCE COMPANY,

                       Petitioner,

-against-

FIRST STATE INSURANCE COMPANY,

                       Respondent.

CIVIL ACTION NO.
04CV12729MLW

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

## PETITIONER'S MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The Petitioner TIG Insurance Company ("Petitioner") hereby move this Court, pursuant to Local Rules 7.1 and 83.5.3(b), to admit John F. Finnegan and Michael K. Robles to the Bar of this Court *pro hac vice* in the above-captioned matter. In support of this Motion, the Petitioner submits the Affidavits of John F. Finnegan and Michael K. Robles. This Motion is made by the undersigned, who is a member of the Bar of this Court and who has also filed an appearance in this action.

WHEREFORE, the Petitioner TIG Insurance Company respectfully requests that this Court admit John F. Finnegan and Michael K. Robles to the Bar of this Court *pro hac vice*.

The Petitioner,<br>
**TIG INSURANCE COMPANY**<br>
By its attorneys,

_/s/ Adam G. Cohen_<br>
Adam G. Cohen, BBO No. 558689<br>
CETRULO & CAPONE LLP<br>
Two Seaport Lane, 10th Floor<br>
Boston, MA 02210<br>
(617) 217-5500

Date: January 11, 2005

### CERTIFICATE OF SERVICE

I, Adam G. Cohen, BBO No. 558689, hereby certify that on this 11th day of January, 2005, I caused a true and accurate copy of the above to be served via first class mail, postage prepaid, on the following counsel of record:

Thomas M. Elcock, Esq.<br>
Prince, Lobel, Glovsky & Tye LLP<br>
585 Commercial Street<br>
Boston, MA 02109

Michael K. Robles, Esq.<br>
CADWALADER, WICKERSHAM & TAFT<br>
100 Maiden Lane<br>
New York, NY 10038

Lloyd Gura, Esq.<br>
Mound, Cotton, Wolan & Greengrass<br>
One Battery Park Plaza<br>
New York, NY 10004

_/s/ Adam G. Cohen_<br>
Adam G. Cohen, BBO No. 558689

02626-0001<br>
355746v1