```
                                                           FILED
                                                       IN CLERKS OFFICE
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS                 2005 JAN 24  P 4: 15
------------------------------------------------X
TIG INSURANCE COMPANY,                                 U.S. DISTRICT COURT
as successor-in-interest to                             DISTRICT OF MASS.
TRANSAMERICA INSURANCE
COMPANY

                Plaintiff,
                                        Civil Action No. 04-12729-MLW
v.

FIRST STATE INSURANCE COMPANY,

                Defendant.
------------------------------------------------X
```

## DEFENDANT FIRST STATE INSURANCE COMPANY'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE AND FILE ITS ANSWER TO PLAINTIFF'S PETITION

Defendant First State Insurance Company ("First State") moves this Court for an extension of time within which to serve and file its Answer to Plaintiff TIG Insurance Company's ("TIG") Petition (the "Petition") from January 24, 2005 to and including January 25, 2005.

As grounds for this motion, First State avers as follows:

First State's Answer to the Petition is due to be served and filed on January 24, 2005. As a result of the heavy snowfall during the weekend of January 22 and 23, 2005, the offices of First State are closed on January 24, 2005. Therefore First State has not been able to authorize our firm to file the Answer on January 24, 2005. First State's counsel has conferred with counsel for TIG, and they consent to the extension. Accordingly, First State requests permission to file the Answer on January 25, 2005.

First State Insurance Company
By its attorneys,

_____
Thomas M. Elcock, Esq. (BBO#548027)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, Massachusetts 02109
(617) 456-8000

-and-

Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004
(212) 804-4200

Dated: January 24, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on _____

_____