FILED
IN CLERKS OFFICE
2005 JAN 24 P 4: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------X

TIG INSURANCE COMPANY,
as successor-in-interest to
TRANSAMERICA INSURANCE
COMPANY

         Plaintiff,

                              Civil Action No. 04-12729-MLW

v.

FIRST STATE INSURANCE COMPANY,

         Defendant.

-------------------------------------------------X

### DEFENDANT FIRST STATE INSURANCE COMPANY'S MOTION TO STRIKE CERTAIN PORTIONS OF PLAINTIFF'S PETITION PURSUANT TO RULE 12(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant First State Insurance Company ("First State") moves this Court, in the event that it denies First State's January 7, 2005 Motion for an Order of Impoundment and Sealing of Confidential Material Pursuant to Local Rule 7.2 ("Motion to Impound"), for an Order striking the following paragraphs and exhibits from TIG Insurance Company's ("TIG") Petition to Confirm an Arbitration Award:

Paragraphs 11, 14, 15, 16, 17 (to the extent that it provides the language of the arbitration award), 18, 19, 20, 21, 22, 23, 24, 25 (to the extent that it provides TIG's description of the award and the language of the award), and 26 (except to the extent that it alleges that "First State has not objected to TIG's offset");

Exhibits 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 and 18.

In support of this Motion, First State avers that the relief requested is necessary 1) because the aforementioned paragraphs and exhibits are immaterial and impertinent, and 2) to

preserve the arbitration panel's and the parties' expectations of confidentiality, and to prevent others from improperly arguing that the unreasoned arbitration award should have precedential value.

First State Insurance Company
By its attorneys,

*/s/ Thomas M. Elcock*

Thomas M. Elcock, Esq. (BBO#548027)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, Massachusetts 02109
(617) 456-8000

-and-

Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004
(212) 804-4200

Dated: January 24, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on 1/24/05

*/s/ Thomas M. Elcock*