UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2005 JAN 28 P 1: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

TIG INSURANCE COMPANY,
as successor-in-interest to
TRANSAMERICA INSURANCE COMPANY,

        Petitioner,

-against-

FIRST STATE INSURANCE COMPANY,

        Respondent.

CIVIL ACTION NO.
04CV12729MLW

### PETITIONER'S NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, effective January 18, 2005, Cadwalader, Wickersham & Taft LLP, counsel for the Petitioner TIG Insurance Company, as successor-in-interest to Transamerica Insurance Company, has changed its address to:

  Cadwalader, Wickersham & Taft LLP
  One World Financial Center
  New York, New York 10281

Cadwalader's telephone number, (212) 504-6000, and facsimile number, (212) 504-6666, will remain the same.

        The Petitioner,
        **TIG INSURANCE COMPANY**
        By its attorneys,

        _____
        Adam G. Cohen, BBO No. 558689
        CETRULO & CAPONE LLP
        Two Seaport Lane, 10th Floor
        Boston, MA 02210
        (617) 217-5500

OF COUNSEL:

John F. Finnegan
Michael K. Robles
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
(212) 504-6000

Attorneys for Petitioner,
TIG Insurance Company

Date: January 27 2005

## CERTIFICATE OF SERVICE

I, Adam G. Cohen, BBO No. 558689, hereby certify that on this 27th day of January, 2005, I caused a true and accurate copy of the above to be served via first class mail, postage prepaid, on the following counsel of record:

Thomas M. Elcock, Esq.
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109

Michael K. Robles, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
100 Maiden Lane
New York, NY 10038

Lloyd Gura, Esq.
MOUND, COTTON, WOLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004

_____
Adam G. Cohen, BBO No. 558689