UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

―――――――――――――――――――――X

TIG INSURANCE COMPANY,
as successor-in-interest to
TRANSAMERICA INSURANCE
COMPANY
        Plaintiff,

v.                                  C.A. No. 04-12729-MLW

FIRST STATE INSURANCE COMPANY,
        Defendant.
―――――――――――――――――――――X

## ASSENTED TO MOTION TO CONTINUE THE
## SCHEDULING CONFERENCE/MOTION HEARING

     The court has set this matter down for a Scheduling Conference and Motion Hearing on August 25, 2005. First State Insurance Company moves to reschedule this conference because its counsel Lloyd Gura, Esq. of Mound, Cotton, Wollan & Greengrass has a previously planned vacation for the week of August 22 through 25, 2005. TIG Insurance Company has been consulted and assents to this motion. The parties are available on Thursday, September 1, 2005 if this date is convenient for the court.

                                          First State Insurance Company

                                          By its attorneys,

                                          /s/ Thomas M. Elcock
                                          Thomas M. Elcock, Esq. (BBO#548027)
                                          Prince, Lobel, Glovsky & Tye LLP
                                          585 Commercial Street
                                          Boston, Massachusetts 02109
                                          (617) 456-8000

                                                -and-

                    Lloyd Gura, Esq.
                    Mound, Cotton, Wollan & Greengrass
                    One Battery Park Plaza
                    New York, NY 10004
                    (212) 804-4200

Dated: August 3, 2005

## CERTIFICATE OF SERVICE

    I, Thomas M. Elcock, hereby certify that I have served a copy of the foregoing, this date, August 3, 2005 to Michael K. Robles, Esq., Cadwalader, Wickersham & Taft, One World Financial Center, New York, NY 10281.

*[signature]*

Thomas M. Elcock